B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
### Northern District of New York

In re:  Sheila C. Stempel  Case No. 12-13013

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.**

| **Ocwen Loan Servicing LLC** | **HOMEWARD RESIDENTIAL,INC.** |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee Should be sent:**

Ocwen Loan Servicing LLC
Attn: Bankruptcy Department
1100 Virginia Drive
Suite 175
Fort Washington, PA 19034

Court Claim # (if known): 8-1
Amount of Claim: $131,458.43
Date Claim Filed: 1/31/2013

**Phone: (855)689-7367**    Phone: _____

Last Four Digits of Acct #:  6633    Last Four Digits of Acct. #:  5284

**Name and Address where transferee payments Should be sent (if different from above):**

Ocwen Loan Servicing LLC
Attn: Cashiering Department
3451 Hammond Ave
Waterloo, IA 50702

**Phone: (855)689-7367**

Last Four Digits of Acct #:  6633

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Michael T. Rozea    Date: July 2, 2014
**Transferee/Transferee's Agent**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*